AUGUST 31, 1982

IN THE MATTER OF FRANKEL. (Docket No. 69631.) On order of the Court, this Court having received the "Decision and Recommendation for Order of Discipline" from the Michigan Judicial Tenure Commission in this matter in which it is stated:

"(1) The respondent is now, and at all times hereinafter mentioned was, a judge of the 45b District Court, in the City of Oak Park, County of Oakland, State of Michigan.

"(2) On January 21, 1982, respondent was presiding over the second day of the joint preliminary examinations in *People v Cora Galvin also known as Lucille Walker* (Docket No. S6342), and *People v J C Collins also known as Taft* (Docket No. S6346), in which Mr. Milton Henry, Esquire, appeared as counsel for defendant Galvin.

"(3) This matter having attracted significant public and media attention, respondent's courtroom was filled with spectators, including members of the media.

"(4) At the conclusion of a lengthy exchange between himself and Mr. Henry, the respondent purposefully and deliberately stated, in open court:

" 'Now the question is, am I still dispassionate in the case? And I'm not sure that I am, now, Mr. Henry. I'm not sure that I haven't come to a conclusion that whether your client is guilty or innocent, *you're a despicable son of a bitch.*

" 'Now I'm not sure I should hear any more of this exam, and I declare a mistrial, and this examination should be taken in front of somebody else.' (Emphasis added.)

"Thereafter, respondent left the bench.

"(5) Respondent's vulgarity was widely publicized by the media present in his courtroom at that time.

"(6) Respondent's language during these proceedings was irresponsible, eroded public confidence in the fair and impartial administration of justice, and indicated an intentional neglect for his duty to treat those before him with fairness and respect.

"(7) Therefore, it is the finding of this commission that respondent's conduct, as here stated, constitutes misconduct in office, and that such conduct was clearly prejudicial to the administration of justice, violative of art 6, § 30 of the Michigan Constitution of 1963, as amended, GCR 1963, 932.4, as amended, and the Code of Judicial Conduct, Canons 1, 2A, 2B, and 3A(3). Canon 3A(3) states:

" 'A judge should be patient, dignified, and courteous to litigants, jurors, witnesses, lawyers and others with whom he deals in his official capacity, and should require similar conduct of lawyers, and of his staff, court officials, and others subject to his direction and control.'

"Wherefore, upon resolution of the Michigan Judicial Tenure Commission, and pursuant to GCR 1963, 932.21(c), the respondent agreeing thereto, it is recommended to the Supreme Court of Michigan that the Hon. Marvin F. Frankel be publicly censured forthwith."

And the Court having also received the written consent of Judge Frankel to the imposition of a public reprimand,

Now, therefore it is ordered that the "Decision and Recommendation for Order of Discipline" is accepted by this Court and is adopted as its statement of censure.

It is further ordered that this file shall be maintained as a public record.

*Joseph F. Regnier,* Executive Director, Judicial Tenure Commission. *Marvin F. Frankel, in propria persona,* respondent.

NOVEMBER 22, 1982